```
              UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                           CRIMINAL ACTION NO. 2:19-00108

**CHRISTOPHER REED**

<u>SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER</u>
<u>MEMORANDUM OPINION AND ORDER</u>

On April 9, 2025, the United States of America appeared by Judson C. MacCallum, Assistant United States Attorney, and the defendant, Christopher Reed, appeared in person and by his counsel, Rachel E. Zimarowski, Assistant Federal Public Defender, for a hearing on the petition and amendment seeking revocation of supervised release submitted by Senior United States Probation Officer Steven M. Phillips. The defendant commenced a 3-year term of supervised release in this action on September 17, 2021, as more fully set forth in the Judgment in a Criminal Case entered by the court on July 23, 2020.

The court notes, and the defendant agrees, that there is pending an undischarged federal sentence of 18 months imprisonment and 3 years of supervised release imposed upon the

defendant in the <u>United States of America v. Chris Deangelo Reed</u>, Criminal Action No. 0:21-CR-013-DLB-01, in the Eastern District of Kentucky, for an offense that occurred while the defendant was incarcerated and serving his term of imprisonment in the underlying offense of conviction in this criminal action, and prior to beginning his supervised release in this action.

The court heard the admissions of the defendant, and the representations and arguments of counsel.

Pursuant to the court's findings of fact and conclusions of law as enumerated in open court on the record of this proceeding, which are ORDERED incorporated herein by reference, the court finds by a preponderance of the evidence that the defendant has violated the conditions of his supervised release as follows: (1) on February 18, 2024, the defendant violated federal and state law when he possessed with intent to distribute approximately 78 grams of fentanyl, a schedule II controlled substance, for which the defendant was found guilty of possession of a schedule II controlled substance (fentanyl) with intent to distribute on April 19, 2024, in the Circuit Court of Wayne County, West Virginia, wherein the defendant was sentenced to a term of 1 to 15 years imprisonment and which

2

state sentence was completed by the defendant in February 2025, after serving just over one year of imprisonment; all as set forth in the petition on supervised release, and by the court's findings on the record of the hearing.

And the court finding, as more fully set forth on the record of the hearing, that the violation found as set forth above warrants revocation of supervised release, and further, that it would unduly depreciate the seriousness of the violation if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32.1(b)(2) and (c)(1) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant should be confined to the extent set forth below, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of EIGHTEEN (18) MONTHS, with no further term of supervised release imposed in this criminal action.

**The sentence of imprisonment imposed herein is not to run concurrently with the wholly unrelated Eastern District of Kentucky sentence of imprisonment that was imposed prior to the sentence herein but of which the commencement of service has been deferred by that court.**

**The court finds the sentence rendered herein is sufficient but not greater than necessary to meet the goals of sentencing.**

**The defendant was remanded to the custody of the United States Marshal.**

**The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.**

        DATED:  April 11, 2025

        _____
        John T. Copenhaver, Jr.
        Senior United States District Judge